IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 19-50256 |
| TANZANIA R. YOUNG | CHAPTER 13 |
| | JUDGE ALAN M. KOSCHIK |
| Debtor | DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS |

___

Now comes the Debtor, Tanzania R. Young and for her response to the Motion to Dismiss filed by the Chapter 13 Trustee on July 23, 2020 (Doc 44) hereby states that she was out of work due to the COVID-19 epidemic but has recently resumed making payments to the Trustee, having made a payment on or about July 24, 2020.

WHEREFORE, Debtor respectfully prays that the Trustee's Motion to Dismiss be denied.

Respectfully submitted,

/s/ Peter G. Tsarnas
Peter G. Tsarnas, #0076934
Attorney for Debtor
Gertz & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
330.255.0735 – Phone
330.932-2367 - Fax
ptsarnas@gertzrosen.com

# CERTIFICATE OF SERVICE

I certify that on August 6, 2020, a true and correct copy of Response to Motion to Dismiss was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Keith Rucinski, Chapter 13 Trustee at [krucinski@ch13akron.com](mailto:krucinski@ch13akron.com)

    US Trustee's Office

And by regular U.S. mail, postage paid, on:

    Tanzania R. Young
    504 Dennison Ave.
    Akron, OH 44312

    /s/ Peter G. Tsarnas
    Peter G. Tsarnas, #0076934